ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DIST OF TEXAS
FILED

SEP 1 2 2017

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

UNITED STATES OF AMERICA

v.

MARCO GONZALEZ (1)
JOSE NEGRETE-VASQUEZ
  aka "RICARDO MENDEZ-NEGRETE" (2)
JOSE TRINDAD MEDINA-TAPIA
  aka "ALEX AVILES" (3)
MIGUEL CARRILLO-AYALA
  aka "TOMAS RODRIGUEZ" (4)
ALMA ZORAIDA BORRAYO-VILLASENOR (5)
JAVIER GUIZAR HERNANDEZ
  aka "JORGE HERNANDEZ" (6)
HECTOR GARCIA-GOMEZ (7)
IVAN GONZALEZ (8)

NO.

3-17CR-468-D

## INDICTMENT

The United States Grand Jury charges:

### Introduction

1.     At all times relevant to the Indictment, the defendants were members of, associated with, or performed drug transactions with the Jalisco New Generation Cartel (also known as "CJNG") and engaged in a conspiracy to distribute methamphetamine and other illegal narcotics throughout the Northern District of Texas and elsewhere.

2.     During the course of the conspiracy, the defendants were involved in the trafficking thousands of kilograms of methamphetamine. On August 31, 2017, alone, law enforcement agents seized the equivalent of approximately 750 kilograms of methamphetamine in both finished and liquid form from these defendants.

Indictment – Page 1

enforcement agents seized the equivalent of approximately 750 kilograms of methamphetamine in both finished and liquid form from these defendants.

3.    The defendants utilized multiple locations in residential neighborhoods in Dallas and Desoto to serve as laboratories for the recrystallization of methamphetamine. At certain locations, the defendants utilized multiple houses on a single street.

4.    Certain defendants utilized an automotive business to further their drug trafficking activities.  Large quantities of narcotics were stored and held at the automotive business and proceeds of drug sales were used to purchase vehicles in an effort to disguise the source of those funds.

5.    Certain defendants used firearms to further their drug trafficking activities.

<u>Count One</u>
Conspiracy to Possess with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 846]

Between aka in or about August 2016 and on or about August 31, 2017, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants, **Marco Gonzalez, Jose Negrete-Vasquez, Jose Trinidad Medina-Tapia, Miguel Carrillo-Ayala, Alma Zoraida Borrayo-Villasenor, Javier Guizar Hernandez, Hector Garcia-Gomez,** and **Ivan Gonzalez** knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to possess with intent to distribute five hundred grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A).

All in violation of 21 U.S.C. § 846.

**Indictment – Page 3**

Counts Two through Sixteen
Possession with Intent to Distribute a Controlled Substance
[Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C)]

On or about the dates listed below, in the Dallas Division of the Northern District of Texas and elsewhere, the defendants listed below, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of the controlled substances listed below,

| Count | Date (on or about) | Defendant(s) | Controlled Substance |
|---|---|---|---|
| 2 | August 19, 2017 | Marco Gonzalez | Methamphetamine |
| 3 | August 31, 2017 | Marco Gonzalez | Methamphetamine |
| 4 | September 19, 2016 | Jose Negrete-Vasquez | Methamphetamine |
| 5 | August 31, 2017 | Jose Negrete-Vasquez | Methamphetamine |
| 6 | August 31, 2017 | Jose Negrete-Vasquez | Cocaine |
| 7 | August 31, 2017 | Javier Guizar-Hernandez | Methamphetamine |
| 8 | August 31, 2017 | Javier Guizar-Hernandez | Cocaine |
| 9 | August 31, 2017 | Jose Trinidad Medina-Tapia | Methamphetamine |
| 10 | August 31, 2017 | Jose Trinidad Medina-Tapia | Heroin |
| 11 | August 31, 2017 | Miguel Carrillo-Ayala | Methamphetamine |
| 12 | August 31, 2017 | Miguel Carrillo-Ayala | Heroin |
| 13 | August 31, 2017 | Alma Zoraida Borrayo-Villasenor | Methamphetamine |
| 14 | August 31, 2017 | Alma Zoraida Borrayo-Villasenor | Heroin |
| 15 | July 5, 2017 | Hector Garcia-Gomez | Methamphetamine |
| 16 | August 12, 2017 | Ivan Gonzalez | Methamphetamine |

all in violation of 21 U.S.C. § 841(a)(1) & (b)(1)(C).

Indictment – Page 4

<u>Forfeiture Notice</u>
[21 U.S.C. § 853(a)]

Upon conviction for any of Counts One through Sixteen of this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Marco Gonzalez, Jose Negrete-Vasquez, Jose Trinidad Medina-Tapia, Miguel Carrillo-Ayala, Alma Zoraida Borrayo-Villasenor, Javier Guizar Hernandez, Hector Garcia-Gomez,** and **Ivan Gonzalez**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense.

This specifically includes the following vehicles which were seized from "HAMPTON MOTORS" which is located at 1225 S. Hampton Dallas, Texas (see next page):


[remainder of page left intentionally blank]

**Indictment – Page 5**

| VEHICLE YEAR | VIN# | MAKE | MODEL |
|---|---|---|---|
| 2007 | JN8AZ08W57W614203 | Nissan | Murano |
| 2003 | 1D7HA18D23J599131 | Dodge | Ram SLT |
| 2014 | 1G11B5SL1EF185238 | Chevrolet | Malubu LS |
| 2006 | 1GCEC14X36Z294377 | Chevrolet | Pickup |
| 2012 | 2G1FA1E37C9131686 | Chevrolet | Camaro |
| 2008 | 1FTNE24W38DA99483 | Ford | E250 Van |
| 2015 | 1GNSCAKC0FR136945 | Chevrolet | Tahoe |
| 2012 | 2HGFG3B54CH514340 | Honda | Civic |
| 2009 | 1G6DF577690118313 | Cadillac | CTS |
| 2015 | 1GCNCPEH3FZ301161 | Chevrolet | Silverado |
| 2002 | 5FNRL18632B015738 | Honda | Odyssey |
| 2007 | 1GYFK66837R351408 | Cadillac | Escalade |
| 2008 | 3TMLU42N68M014057 | Toyota | Tacoma |
| 2012 | 3VWDP7AJ1CM022925 | Volswagen | Jetta |
| 2007 | JM3TB28Y870119381 | Mazda | CX 9 |
| 2014 | 1G11A5SL0EF167543 | Chevrolet | Malibu LS |
| 2010 | 2G1FA1EV1A9206638 | Chevrolet | Camaro |
| 2007 | 1GCFG15X171155288 | Chevrolet | Express Van |
| 2009 | 4T1BE46KE9U349095 | Toyota | Camry |
| 2006 | 3GNEC12Z46G237715 | Chevrolet | Avalanche |
| 2007 | 1FTNEZ4W77DA79087 | Ford | E250 Van |
| 2007 | 1GAHG39U471235410 | Chevrolet | 15 Passenger Van |
| 1993 | 1J4FYI9P4PP209598 | Jeep | Wrangler Soft Top |
| 2011 | 2C3CDYAG3CH171342 | Dodge | Challenger |
| 2013 | 19XFB2F59FE051824 | Honda | Civic |
| 2016 | 1G1JE5SB7G4137840 | Chevrolet | Sonic |
| 2014 | 3N1CN7AP3EK462686 | Nissan | Versa |
| 2010 | 3N1AB6AP0AL668353 | Nissan | Sentra |
| 2011 | 1G1ZD5E16BF315047 | Chevrolet | Malibu LS |
| 2013 | 5TFNX4CN3DX022619 | Toyota | Tacoma |

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8680
Facsimile: 214.659.8812
Email: philip.meitl@usdoj.gov

**Indictment – Page 7**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

MARCO GONZALEZ  (1)

JOSE NEGRETE-VASQUEZ aka "RICARDO MENDEZ-NEGRETE" (2)

JOSE TRINDAD MEDINA-TAPIA aka "ALEX AVILES" (3)

MIGUEL CARRILLO-AYALA aka "TOMAS RODRIGUEZ" (4)

ALMA ZORAIDA BORRAYO-VILLASENOR  (5)

JAVIER GUIZAR HERNANDEZ aka  "JORGE HERNANDEZ" (6)

HECTOR GARCIA-GOMEZ (7)

IVAN GONZALEZ (8)

---

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

21 U.S.C. § 853(a)
Forfeiture Notice

16 Counts

---

A true bill rendered

-------------------------------------------------------------------------------------

DALLAS                                                                  FOREPERSON

Filed in open court this 12th day of September, 2017

-----------------------------------------------------------------------------

**Warrant to be Issued for HECTOR GARCIA-GOMEZ (7) and IVAN GONZALEZ (8) only**

-----------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3-17-MJ-621-BK,
3-17-MJ-624-BK,   3-17-MJ-629-BK,
3-17-MJ-623-BK